8

■

155 A.3d 893

**BURY**

v.

**HOFMEISTER**

**Pet. Docket No. 571, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 819, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

155 A.3d 893

**CLAYTOR**

v.

**CARROLL**

**Pet. Docket No. 490, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. CAL16–07750, Circuit Court for Prince George's County).

Petition for writ of certiorari denied